# IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| ROBERT HAYS, derivatively on behalf of WALGREENS BOOTS ALLIANCE, INC., | § § § § | |
| | § | No. 371, 2019 |
| Plaintiff Below, | § | |
| Appellant, | § | Court Below—Court of Chancery |
| | § | of the State of Delaware |
| v. | § | |
| | § | |
| JOSE E. ALMEIDA, JANICE M. | § | C.A. No. 2018-0728 (N) |
| BADIAK, DAVID J. BRAILER, | § | |
| WILLIAM C. FORTE, GINGER L. | § | |
| GRAHAM, JOHN A. LEDERER, | § | |
| DOMINIC P. MURPHY, STEFANO | § | |
| PESSINA, LEONARD D. | § | |
| SCHAEFFER, NANCY | § | |
| SCHLICHTING, WAYNE | § | |
| MIQUELON and JAMES A. | § | |
| SKINNER, | § | |
| | § | |
| Defendants Below, | § | |
| Appellees. | § | |
| | § | |
| and | § | |
| | § | |
| WALGREENS BOOTS | § | |
| ALLIANCE, INC., | § | |
| | § | |
| Nominal Defendant Below, | § | |
| Appellee. | § | |

Submitted: April 8, 2020
Decided: April 9, 2020

Before **SEITZ**, Chief Justice; **VALIHURA** and **VAUGHN**, Justices.

## <u>ORDER</u>

This 9th day of April 2020, after careful consideration of the parties' briefs and the record on appeal, and after decision in lieu of oral argument, we find it evident that the final judgment of the Court of Chancery should be affirmed on the basis of and for the reasons stated in its July 26, 2019 order.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery is AFFIRMED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Chief Justice